

FILED

MAR 1 2 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE | § | |
| TRANSFER OF OFFENDERS | § | No.  EP: 19-MC-00038-RFC(1-23, 25-65) |
| Pursuant to 18 U.S.C. § 4100 | § | |
| et. seq. | § | |
| | § | |

## ORDER APPOINTING COUNSEL

Because the above-named persons,  herein called offenders, have testified under oath or have otherwise satisfied this Verifying Officer that they are financially unable to obtain counsel, and do not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender for the Western District of Texas is hereby appointed to represent said offenders pursuant to 18 U.S.C. § 4109.

This appointment is limited to advising and representing the offenders in the matter of their consent to transfer under the provisions of Chapter 306 of Title 18, United States Code, and terminates upon the completion of the verification proceedings.

**SIGNED AND ENTERED** this 12th day of March, 2019.

_____
**ROBERT F. CASTANEDA**
**UNITED STATES MAGISTRATE JUDGE**

**Place: Anthony, Texas**      **Docket Number: EP-19-MC-38-RFC-1**

FILED

MAR 12 2019

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

I, **GONZALO ALCALA-VALENCIA, a.k.a.** Gonzalo Barret, Alcala Valencia, **18022-041**, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand that in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)   My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)   My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)   If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)   Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)   I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)   I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)   My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_Gonzalo Alcala V_
_____
Transferring Prisoner
**GONZALO ALCALA-VALENCIA**
**a.k.a.** Gonzalo Barret, Alcala Valencia
**18022-041**

Subscribed before me this the 12th day of March, 2019.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

**Place: Anthony, Texas          Docket Number: EP-19-MC-38-RFC-2**

*FILED*

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES
## FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

MAR 1 2 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

I, **Raul Amezcua, a.k.a.** Raul Amezcua De Los Angeles, Raul Amezcua Mendoza, 30010-047, being duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)    My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)    My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)    If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)    Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)    I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)    I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)    My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_Raul Amezcua mendoza_
Transferring Prisoner
**Raul Amezcua**
**a.k.a.** Raul Amezcua De Los Angeles, Raul Amezcua
Mendoza
**30010-047**

Subscribed before me this the 12th day of March, 2019

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

**FILED**

Place: Anthony, Texas          Docket Number: EP-19-MC-38-RFC-3

MAR 1 2 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
    DEPUTY CLERK

VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES
FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

I, Hermenegildo Beltran~Ochoa, **32489-298**, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certifY that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)     My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)     My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)     If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)     Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)     I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)     I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)     My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_____
Transferring Prisoner
Hermenegildo Beltran~Ochoa
**32489-298**

Subscribed before me this the 12th day of March, 2019.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

**FILED**

Place: Anthony, Texas          Docket Number: **EP-19-MC-38-RFC-4**

MAR 1 2 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT TEXAS

DEPUTY CLERK

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES
## FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

I, **Oscar Humberto Beltran-Ramirez, a.k.a.** Oscar Humberto Beltran Ramirez, Oscar Beltran Ramirez, **28606-031,** having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)     My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)     My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)     If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)     Once my consent to transfer is verified by the verifying officer, I may not revoke that consent. I

further certify that:

(1)     I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)     I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)     My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_____
Transferring Prisoner
**Oscar Humberto Beltran-Ramirez**
**a.k.a.** Oscar Humberto Beltran Ramirez, Oscar Beltran Ramirez
**28606-031**

Subscribed before me this the 12th day of March, 2019.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

**Place: Anthony, Texas          Docket Number: EP-19-MC-38-RFC-5**

*FILED*

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES
## FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

MAR 12 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

I, **Silvestre Brambila, a.k.a.** Silvestre Bramila Bramila, **66661-061**, having been duly informed by the verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)    My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)    My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)    If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)    Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)    I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)    I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)    My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

*J-Silvestre Brambila Brambila*
Transferring Prisoner
**Silvestre Brambila**
**a.k.a.** Silvestre Bramila Bramila
**66661-061**

Subscribed before me this the 12th day of March, 2019

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

*FILED*

*MAR 1 2 2019*

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

**Place: Anthony, Texas          Docket Number: EP-19-MC-38-RFC-6**

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES
## FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

    I, **Sergio Cabrera-Tinoco**, aka: Sergio Cabrera, **75923-061**, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)    My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)    My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)    If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)    Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)    I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)    I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)    My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

    I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_____
Transferring Prisoner
**Sergio Cabrera-Tinoco**
aka: Sergio Cabrera
**75923-061**

Subscribed before me this the 12th day of March, 2019.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

    Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Place: Anthony, Texas    Docket Number: EP-19-MG-38-REC-7

Case 3:19-mc-00038-RFC  Document 1  Filed 03/12/19  Page 8 of 65

FILED
MAR 12 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

I, **Fernando Camarena-Corrales, a.k.a.** Fernando Camarena, Fernando Jesus Camarena, Jesus Camarena, Jesus Fernando Camarena, Fernando Jesus Corazoon Camarena, Jesus Francisco Corrales, Fernando Jesu Corazon Camarena, Jeus Coralles, Jesus F. Camarena Corrales, **48997-177**, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)  My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)  My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)  If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)  Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)  I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)  I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)  My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_Fernando Camarena_
Transferring Prisoner
**Fernando Camarena-Corrales**
**a.k.a.** Fernando Camarena, Fernando Jesus Camarena, Jesus Camarena, Jesus Fernando Camarena, Fernando Jesus Corazoon Camarena, Jesus Francisco Corrales, Fernando Jesu Corazon Camarena, Jeus Coralles, Jesus F. Camarena Corrales
**48997-177**

Subscribed before me this the 12th day of March, 2019

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

**Place: Anthony, Texas          Docket Number: EP-19-MC-38-RFC-8**

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES
## FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

I, **Jaime Cardenas-Borbon,** aka: Jaime Cardenas B., Jaime Cardenas, **13855-067**, having been duly verifying officer appointed under the laws of the United States of America, certify that I understand and am consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)     My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)     My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)     If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)     Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)     I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)     I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)     My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_Jaime Cardenas Borbon_
Transferring Prisoner
**Jaime Cardenas-Borbon**
aka: Jaime Cardenas B., Jaime Cardenas
**13855-067**

Subscribed before me this the 12th day of March, 2019.

Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

**FILED**

**Place: Anthony, Texas          Docket Number: EP-19-MC-38-RFC-9**

MAR 1 2 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES

I, **Jose Alonso Cardenas-Lizarraga, a.k.a.** Jose Cardenas, **20445-085**, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)    My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)    My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)    If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)    Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)    I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)    I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)    My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_Jose Cardenas_
Transferring Prisoner
**Jose Alonso Cardenas-Lizarraga**
**a.k.a.** Jose Cardenas
**20445-085**

Subscribed before me this the 12th day of March, 2019.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

**Place: Anthony, Texas**      **Docket Number: EP-19-MC-38-RFC-10**

*FILED*

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

MAR 12 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

I, **Gustavo Adolfo Castro-Villa,** aka: Gustavo Castro-Villa, Gustavo Castro, **12338-028**, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)   My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)   My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)   If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)   Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)   I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)   I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)   My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_____
Transferring Prisoner
**Gustavo Adolfo Castro-Villa**
aka: Gustavo Castro-Villa, Gustavo Castro
**12338-028**

Subscribed before me this the 12th day of March, 2019.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Place: Anthony, Texas          Docket Number: EP-19-MC-38-RFC-11

*FILED*

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

MAR 12 2019

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

I, **Juan Cervantes, 70333-380**, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)     My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)     My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)     If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)     Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)     I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)     I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)     My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_____
Transferring Prisoner
**Juan Cervantes**
**70333-380**

Subscribed before me this the 12th day of March, 2019

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

**Place: Anthony, Texas        Docket Number: EP-19-MC-38-RFC-12**

FILED

MAR 1 2 2019

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES
## FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

I, **Martin Roberto Cordova Saucedo,** aka: Martin Roberto Covi Saucedo, ~~Martin Cordoba Saucedo~~, **62307-298**, having been duly sworn by a verifying officer  appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)    My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)    My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)    If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)    Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)    I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)    I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)    My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_____

Transferring Prisoner
**Martin Roberto Cordova Saucedo**
aka: Martin Roberto Covi Saucedo, Martin Cordoba Saucedo
**62307-298**

Subscribed before me this the 12th day of March, 2019.

_____

Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____

Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Place: Anthony, Texas        Docket Number: EP-19-MC-38-RFC-13

*FILED*

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES
## FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

MAR 1 2 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

DEPUTY CITY CLERK

I, **Jose Joan Cruz-Santander**, aka: Ruben Santander Mariles, Jose Joan Santander, 70545-056, having been sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)   My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)   My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)   If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)   Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)   I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)   I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)   My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

Transferring Prisoner
**Jose Joan Cruz-Santander**
aka: Ruben Santander Mariles, Jose Joan Santander
**70545-056**

Subscribed before me this the 12th day of March, 2019.

Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

**Place: Anthony, Texas          Docket Number: EP-19-MC-38-RFC-14**

*FILED*

*MAR 1 2 2019*

*DISTRICT COURT*
*DISTRICT OF TEXAS*
*CLERK*

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES
## FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

I, **Luis Venancio Cueto-Ruiz,** aka: Julian de Perico Veny, Julian DePerico, Luis Cueto Ruiz, **48234-086,** having been duly sworn by a verifying officer  appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)    My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)    My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)    If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)    Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)    I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)    I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)    My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_____
Transferring Prisoner
**Luis Venancio Cueto-Ruiz**
aka: Julian de Perico Veny, Julian DePerico, Luis Cueto Ruiz
**48234-086**

Subscribed before me this the 12th day of March, 2019.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

**Place: Anthony, Texas        Docket Number: EP-19-MC-38-RFC-15**

FILED

MAR 12 2019

CLERK ~~US DISTRICT COURT~~
WESTERN DISTRICT OF TEXAS
BY ~~DEPUTY CLERK~~

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

I, **Jose Luis Duarte Rendon,** aka: Jose Luis Duarte R., Jose Luis Duarte, **41578-096,** having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)    My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)    My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)    If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)    Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)    I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)    I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)    My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

Transferring Prisoner
**Jose Luis Duarte Rendon**
aka: Jose Luis Duarte R., Jose Luis Duarte
**41578-096**

Subscribed before me this the 12th day of March, 2019.

Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

**Place: Anthony, Texas**      **Docket Number: EP-19-MC-38-RFC-16**

*FILED*

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES
## FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

MAR 1 2 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ____ DEPUTY CLERK

I, **Mario Humberto Escobedo-Pajarito,** aka: Mario Escobedo Pajarito, **47457-086**, having been duly sworn before a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)    My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)    My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)    If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)    Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)    I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)    I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)    My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_____
Transferring Prisoner
**Mario Humberto Escobedo-Pajarito**
aka: Mario Escobedo Pajarito
**47457-086**

Subscribed before me this the 12th day of March, 2019.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Place: Anthony, Texas        Docket Number: EP-19-MC-38-RFC-17

*FILED*

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

MAR 1 2 2019
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT TEXAS
BY _____ DEPUTY CLERK

I, **Pablo Espino, a.k.a.** Pablo Espino Penaloza, **12342-111**, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)    My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)    My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)    If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)    Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)    I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)    I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)    My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_____
Transferring Prisoner
**Pablo Espino**
**a.k.a.** Pablo Espino Penaloza
**12342-111**

Subscribed before me this the 12th day of March, 2019

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

**Place: Anthony, Texas      Docket Number: EP-19-MC-38-RFC-18**

*FILED*

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES
## FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

MAR 12 2019

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY
CLERK

I, **Victor Ivan Espinoza, a.k.a.** Victor Espinoza, Victor Ivan Espinoza Benitez, Humberto Alexis Ortiz Perez, Humberto Ortiz Perez, Victor Espinoza Benites, **10715-059**, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)     My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)     My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)     If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)     Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)     I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)     I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)     My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

*Victor Espinoza*
Transferring Prisoner
**Victor Ivan Espinoza**
**a.k.a.** Victor Espinoza, Victor Ivan Espinoza Benitez, Humberto Alexis Ortiz Perez, Humberto Ortiz Perez, Victor Espinoza Benites
**10715-059**

Subscribed before me this the 12th day of March, 2019

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

*FILED*

**Place: Anthony, Texas          Docket Number: EP-19-MC-38-RFC-19**

MAR 1 2 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEPUTY CLERK

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

I, **Victor Manuel Farias-Barragan, a.k.a.** Victor Farias Barragan, V.F.B., **72112-066**, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)     My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)     My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)     If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)     Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)     I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)     I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)     My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_____
Transferring Prisoner
**Victor Manuel Farias-Barragan**
**a.k.a.** Victor Farias Barragan, V.F.B.
**72112-066**

Subscribed before me this the 12th day of March, 2019.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

**FILED**

**Place: Anthony, Texas          Docket Number: EP-19-MC-38-RFC-20**

MAR 1 2 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____ DEPUTY CLERK

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES
## FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

I, **Mario Alonso Felix-Beltran, a.k.a.** Mario Felix Beltran, Mario Felix, **65982-112**, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)    My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)    My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)    If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)    Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)    I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)    I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)    My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_mario Felix_
Transferring Prisoner
**Mario Alonso Felix-Beltran**
**a.k.a.** Mario Felix Beltran, Mario Felix
**65982-112**

Subscribed before me this the 12th day of March, 2019.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

**Place: Anthony, Texas        Docket Number: EP-19-MC-38-RFC-21**

FILED

MAR 1 2 2019

WESTERN DISTRICT COURT
DISTRICT OF TEXAS
DEPUTY
BY _____ CLERK

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES
## FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

I, **Alejandro Garcia, a.k.a.** Alejandro Cornejo Garcia, Alejandro Canejo Garcia, **23745-111**, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)    My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)    My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)    If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)    Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)    I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)    I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)    My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_Alejandro_
_____
Transferring Prisoner
**Alejandro Garcia**
**a.k.a.** Alejandro Cornejo Garcia, Alejandro Canejo Garcia
**23745-111**

Subscribed before me this the 12th day of March, 2019

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

**Place: Anthony, Texas**        **Docket Number: EP-19-MC-38-RFC-22**

*FILED*

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

MAR 1 2 2019

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

I, **Gerardo Garcia, a.k.a.** Gerardo Garcia, Gerardo Garcia Louisa, **76589-061**, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)   My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)   My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)   If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)   Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)   I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)   I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)   My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_____
Transferring Prisoner
**Gerardo Garcia**
**a.k.a.** Gerardo Garcia, Gerardo Garcia Louisa
**76589-061**

Subscribed before me this the 12th day of March, 2019

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

**Place: Anthony, Texas        Docket Number: EP-19-MC-38-RFC-23**

*FILED*

*MAR 1 2 2019*

*CLERK U.S. DISTRICT COURT*
*WESTERN DISTRICT OF TEXAS*
*BY _____*
*DEPUTY CLERK*

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

I, **Efrain Garcia-Jaimes, 55001-019**, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)     My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)     My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)     If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)     Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)     I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)     I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)     My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_____
Transferring Prisoner
**Efrain Garcia-Jaimes**
**55001-019**

Subscribed before me this the 12th day of March, 2019.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Place: Anthony, Texas        Docket Number: EP-19-MC-38-RFC-25

*FILED*

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

MAR 1 2 2019

U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

I, **Jorge Luis Guerra-Esparza, a.k.a.** Jorge Guerra Esparza, Jorge Guerra, Jorge Cavera Esparza, Jorge Esparza Guerra **50218-308**, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)     My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)     My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)     If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)     Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)     I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)     I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)     My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

*Jorge R Guerra*
Transferring Prisoner
**Jorge Luis Guerra-Esparza**
**a.k.a.** Jorge Guerra Esparza, Jorge Guerra, Jorge Cavera Esparza, Jorge Esparza Guerra
**50218-308**

Subscribed before me this the 12th day of March, 2019.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

**FILED**

Place: Anthony, Texas          Docket Number: EP-19-MC-38-RFC-26

MAR 1 2 2019

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

I, **Manuel Hernandez, a.k.a.** Manuel Sanchez Hernandez, Avlises Rekala Reganeau, Estevan Schimalpa, Estevan Sanchez, Esteban Sanchez, Manuel Sanchez, **47043-112**, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)   My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)   My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)   If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)   Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)   I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)   I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)   My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_M S H_____

Transferring Prisoner
**Manuel Hernandez**
**a.k.a.** Manuel Sanchez Hernandez, Avlises Rekala Reganeau, Estevan Schimalpa, Estevan Sanchez, Esteban Sanchez, Manuel Sanchez
**47043-112**

Subscribed before me this the 12th day of March, 2019

_____

Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____

Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

**Place: Anthony, Texas**          **Docket Number: EP-19-MC-38-RFC-27**

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES
## FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

I, **J. Guadalupe Hernandez-Sotero, a.k.a.**, Armando Hernandez Soltero, Guadalupe A. Hernandez Soltero, Armando Soltero, Armando Sotelo, Armando Hernandez Sotelo, Geraldo Hernandez, **53514-019**, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)    My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)    My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)    If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)    Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)    I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)    I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)    My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_____
Transferring Prisoner
**J. Guadalupe Hernandez-Sotero**
**a.k.a.**, Armando Hernandez Soltero, Guadalupe A. Hernandez Soltero, Armando Soltero, Armando Sotelo, Armando Hernandez Sotelo, Geraldo Hernandez
**53514-019**

Subscribed before me this the 12th day of March, 2019.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

**Place: Anthony, Texas        Docket Number: EP-19-MC-38-RFC-28**

FILED

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

MAR 1 2 2019

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT TEXAS
BY _____ CLERK

I, **Octavio Herrera-Vera, a.k.a.** O. Herrera, G. Cervantes, Jose G. Jose Guadalupe Cervantes, J. Guadalupe Cervantes Garcia, Tavo Herrera Vera, Rogelio Jimenez Tol, Francisco Lopez Bueno, **03698-298**, having been duly sworn by a verifying officer  appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)    My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)    My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)    If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)    Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)    I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)    I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)    My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_Herrera_
Transferring Prisoner
**Octavio Herrera-Vera**
**a.k.a.** O. Herrera, G. Cervantes, Jose G. Jose Guadalupe Cervantes, J. Guadalupe Cervantes Garcia, Tavo Herrera Vera, Rogelio Jimenez Tol, Francisco Lopez Bueno
**03698-298**

Subscribed before me this the 12th day of March, 2019.

Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

*FILED*

**Place: Anthony, Texas          Docket Number: EP-19-MC-38-RFC-29**

MAR 1 2 2019

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ CLERK
Deputy

### VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES
### FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

I, **Reymond Josue Lopez-Fregoso, 00905-479**, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)     My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)     My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)     If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)     Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)     I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)     I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)     My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_____
Transferring Prisoner
**Reymond Josue Lopez-Fregoso**
**00905-479**

Subscribed before me this the 12th day of March, 2019.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

**Place: Anthony, Texas      Docket Number: EP-19-MC-38-RFC-30**

FILED

MAR 1 2 2019

WESTERN ~~~~~ CLERK

~~~~~ DISTRICT OF TEXAS

BY ~~~~~

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

I, **Omar Lopez-Zamoran, a.k.a.** Omar Lopez Zamoran, Omar Lopez-Perez, Humbero Perez Lopez, **45653-112**, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)     My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)     My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)     If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)     Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)     I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)     I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)     My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_Omar Lopez Zamoran_
Transferring Prisoner
**Omar Lopez-Zamoran**
**a.k.a.** Omar Lopez Zamoran, Omar Lopez-Perez, Humbero Perez Lopez
**45653-112**

Subscribed before me this the 12th day of March, 2019

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

**Place: Anthony, Texas**        **Docket Number: EP-19-MC-38-RFC-31**

FILED

MAR 1 2 2019

CLERK'S ... DISTRICT COURT DISTRICT OF TEXAS ... CLERK

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

I, **Sergio Marin, a.k.a.** Sergio Marin Pacheco, Sergio Marin P., Morro Marin, **22368-078**, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)     My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)     My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)     If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)     Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)     I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)     I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)     My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_____
Transferring Prisoner
**Sergio Marin**
**a.k.a.** Sergio Marin Pacheco, Sergio Marin P., Morro Marin
**22368-078**

Subscribed before me this the 12th day of March, 2019

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

**Place: Anthony, Texas        Docket Number: EP-19-MC-38-RFC-32**

*FILED*

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES
## FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

MAR 12 2019

WESTERN, U.S. DISTRICT COURT
BY ___ DISTRICT COURT
DEPUTY CLERK

I, **Jesus Martinez, a.k.a.** Jesus Martinez, Jr., Luis Jesus Martinez, Jr., David Preciado, Casper Martinez-Arredando, Jesus Acosta Martinez, Emigdio Martinez Acosta, **15086-047**, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)     My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)     My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)     If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)     Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)     I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)     I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)     My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_____
Transferring Prisoner
**Jesus Martinez**
**a.k.a.** Jesus Martinez, Jr., Luis Jesus Martinez, Jr., David Preciado, Casper Martinez-Arredando, Jesus Acosta Martinez, Emigdio Martinez Acosta
**15086-047**

Subscribed before me this the 12th day of March, 2019

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Place: Anthony, Texas        Docket Number: EP-19-MC-38-RFC-33

*FILED*

MAR 12 2019

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES
## FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

I, **Fabian Martinez, a.k.a.** Jose Alberto Medina Garcia, Fabian Aguilar Martinez, Jerman Gonzalez-Zambrano, Fabian Aguilar, 19296-047, having been duly sworn by a verifying officer  appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)     My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)     My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)     If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)     Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)     I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)     I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)     My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_Fabian Aguiar Martinez_
Transferring Prisoner
**Fabian Martinez**
**a.k.a.** Jose Alberto Medina Garcia, Fabian Aguilar Martinez, Jerman Gonzalez-Zambrano, Fabian Aguilar
**19296-047**

Subscribed before me this the 12th day of March, 2019.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

**Place: Anthony, Texas        Docket Number: EP-19-MC-38-RFC-34**

*FILED*

*MAR 12 2019*

*WESTERN DISTRICT COURT*
*DISTRICT OF TEXAS*
*BY _____ DEPUTY CLERK*

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES
## FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

I, **Lazaro Medina Ayon, a.k.a.** Lazaro Medina, Horacio Salazar Ontiveros, **22553-047**, having been duly sworn by
a verifying officer  appointed under the laws of the United States of America, certify that I understand and agree in
consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court
of the United States of America, or of a state thereof, that:

(1)    My conviction or sentence can only be modified or set aside through appropriate proceedings brought
         by me or on my behalf in the United States of America;

(2)    My sentence will be carried out according to the laws of the United Mexican States and that those laws
         are subject to change;

(3)    If a court of the United Mexican States should determine upon a proceeding brought by me or on my
         behalf that my transfer was not accomplished in accordance with the treaty or laws of the United
         Mexican States, I may be returned to the United States of America for the purpose of completing my
         sentence if the United States of America requests my return; and,

(4)    Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)    I have been advised of my right to consult with counsel, and have been afforded the opportunity for such
         consultation prior to giving my consent to transfer;

(2)    I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by
         the verifying officer free of charge; and,

(3)    My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other
         improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF
THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF
A STATE THEREOF.

*Medina Ayon Lazaro*
_____
Transferring Prisoner
**Lazaro Medina Ayon**
**a.k.a.** Lazaro Medina, Horacio Salazar Ontiveros
**22553-047**

Subscribed before me this the 12th day of March, 2019.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and
understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper
inducements.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Place: Anthony, Texas        Docket Number: EP-19-MC-38-RFC-35

**FILED**

MAR 12 2019

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES
## FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

I, **Hiram Medina-Rodriguez, a.k.a.** Hiram Medina, Hiram Rodriguez Medina, Hiram Rodriguez, **90635-379**, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)     My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)     My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)     If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)     Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)     I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)     I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)     My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_____
Transferring Prisoner
**Hiram Medina-Rodriguez**
**a.k.a.** Hiram Medina, Hiram Rodriguez Medina, Hiram Rodriguez
**90635-379**

Subscribed before me this the 12th day of March, 2019.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Place: Anthony, Texas          Docket Number: EP-19-MC-38-RFC-36

*FILED*

**VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES**
**FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA**

MAR 12 2019

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

I, **Jonathan Medina-Valenzuela, a.k.a.** Jonathan Medina, Jonathan Valenzuela Medina, **58829-298**, having been duly sworn by a verifying officer  appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)     My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)     My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)     If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)     Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)     I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)     I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)     My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_____
Transferring Prisoner
**Jonathan Medina-Valenzuela**
**a.k.a.** Jonathan Medina, Jonathan Valenzuela Medina
**58829-298**

Subscribed before me this the 12th day of March, 2019.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

*FILED*

**Place: Anthony, Texas        Docket Number: EP-19-MC-38-RFC-37**

MAR 12 2019

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES
## FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

I, **Hector Mendoza, a.k.a.** Hector Mendoza Pineda, Hector Mendoza, Hector Pineda Mendora, Ronyf Bonilla, Ronny Garcia Bonilla, **57250-019**, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)     My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)     My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)     If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)     Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)     I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)     I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)     My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_____
Transferring Prisoner
**Hector Mendoza, a.k.a.** Hector Mendoza Pineda, Hector Mendoza, Hector Pineda Mendora, Ronyf Bonilla, Ronny Garcia Bonilla
**57250-019**

Subscribed before me this the 12th day of March, 2019.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

FILED

**Place: Anthony, Texas        Docket Number: EP-19-MC-38-RFC-38**

MAR 12 2019

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ CLERK

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES
## FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

I, **Ivan Mendoza-Armenta, 68262-408**, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)   My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)   My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)   If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)   Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)   I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)   I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)   My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_Ivan Mendoza_____
Transferring Prisoner
**Ivan Mendoza-Armenta**
**68262-408**

Subscribed before me this the 12th day of March, 2019.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

**Place: Anthony, Texas        Docket Number: EP-19-MC-38-RFC-39**

FILED

MAR 1 2 2019

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES
## FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

I, **Hugo Alejandro Mora-Abundez, a.k.a.** Hugo A. Mora Abundez, Miguel Olmedo, Alejandro Mora Abundwz, **28644-009**, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)   My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)   My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)   If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)   Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)   I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)   I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)   My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_____
Transferring Prisoner
**Hugo Alejandro Mora-Abundez**
**a.k.a.** Hugo A. Mora Abundez, Miguel Olmedo, Alejandro Mora Abundwz
**28644-009**

Subscribed before me this the 12th day of March, 2019.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

**Place: Anthony, Texas          Docket Number: EP-19-MC-38-RFC-40**

FILED

MAR 1 2 2019

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES
## FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

I, **Carlos Morales-Cruz, a.k.a.** Marco Antonio Julian Juarez, Carlos Morales Cruz, Marco Julian Juarez, **12913-028**, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)     My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)     My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)     If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)     Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)     I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)     I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)     My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_Carlos morales_
Transferring Prisoner
**Carlos Morales-Cruz**
**a.k.a.** Marco Antonio Julian Juarez, Carlos Morales Cruz, Marco Julian Juarez
**12913-028**

Subscribed before me this the 12th day of March, 2019.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Place: Anthony, Texas        Docket Number: EP-19-MC-38-RFC-41

*FILED*

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES
## FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

MAR 12 2019
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

I, **Teodoro Orozco-Castillo, a.k.a.** Teodoro Orozco, Teodor Orozco, Tedoro Orozco, Miguel Romero Gardin, Sipriano Villela, **16412-045**, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)   My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)   My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)   If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)   Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)   I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)   I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)   My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_____
Transferring Prisoner
**Teodoro Orozco-Castillo**
**a.k.a.** Teodoro Orozco, Teodor Orozco, Tedoro Orozco, Miguel Romero Gardin, Sipriano Villela
**16412-045**

Subscribed before me this the 12th day of March, 2019.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Place: Anthony, Texas          Docket Number: EP-19-MC-38-RFC-42

*FILED*

MAR 1 2 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEPUTY CLERK

### VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES
### FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

I, **Victor Manuel Ortega-Escobedo, a.k.a.** Victor M. Ortega, **22701-045**, having been duly sworn by a verifying officer  appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)     My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)     My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)     If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)     Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)     I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)     I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)     My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_____
Transferring Prisoner
**Victor Manuel Ortega-Escobedo**
**a.k.a.** Victor M. Ortega
**22701-045**

Subscribed before me this the 12th day of March, 2019.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

**Place: Anthony, Texas**      **Docket Number: EP-19-MC-38-RFC-43**

*FILED*

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES
## FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

MAR 12 2019

WESTERN U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

I, **Agustin Osuna-Toquillas, 12665-028**, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)  My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)  My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)  If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)  Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)  I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)  I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)  My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_____
Transferring Prisoner
**Agustin Osuna-Toquillas**
**12665-028**

Subscribed before me this the 12th day of March, 2019.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

**FILED**

**Place: Anthony, Texas        Docket Number: EP-19-MC-38-RFC-44**

MAR 12 2019

U.S. DISTRICT COURT
WESTERN DISTRICT TEXAS
BY
DEPUTY CLERK

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES
## FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

I, **Sahid Palacio, a.k.a.** Sahid Palacios, **43970-177**, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)     My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)     My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)     If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)     Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)     I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)     I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)     My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

*Palacio*
_____
Transferring Prisoner
**Sahid Palacio**
**a.k.a.** Sahid Palacios
**43970-177**

Subscribed before me this the 12th day of March, 2019.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

**Place: Anthony, Texas          Docket Number: EP-19-MC-38-RFC-45**

*FILED*

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES
## FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

MAR 12 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

I, **Eduardo Pena, a.k.a.** Eduardo Pena, Eduardo Ibarra, **53601-298**, having been duly sworn by counsel being officially appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)     My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)     My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)     If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)     Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)     I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)     I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)     My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_____
Transferring Prisoner
**Eduardo Pena**
**a.k.a.** Eduardo Pena, Eduardo Ibarra
**53601-298**

Subscribed before me this the 12th day of March, 2019.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

**FILED**

MAR 12 2019

Place: **Anthony, Texas**        Docket Number: **EP-19-MC-38-RFC-46**

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

I, **Miguel Angel Pineda-Mojica, a.k.a.** Miguel Angel Pineda Mujica, Miguel Pineda, Miguel Pinado, Miguel Angel Pinedamejica, **55012-018**, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)     My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)     My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)     If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)     Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)     I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)     I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)     My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

*miguel pineda*
_____
Transferring Prisoner
**Miguel Angel Pineda-Mojica**
**a.k.a.** Miguel Angel Pineda Mujica, Miguel Pineda, Miguel Pinado,
Miguel Angel Pinedamejica
**55012-018**

Subscribed before me this the 12th day of March, 2019.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

**Place: Anthony, Texas**      **Docket Number: EP-19-MC-38-RFC-47**

*FILED*

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES
## FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

MAR 12 2019

WESTERN DISTRICT COURT
BY ____ DISTRICT OF TEXAS
DEPUTY CLERK

I, **Armando Ramirez, a.k.a.** Armando Ramirez Donan, Armando Ramirez, Patricio Sotelo Cruz, Armando Donan Ramirez, Patricio Cruz, **57365-198**, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)   My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)   My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)   If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)   Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)   I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)   I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)   My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_____
Transferring Prisoner
**Armando Ramirez**
**a.k.a.** Armando Ramirez Donan, Armando Ramirez, Patricio Sotelo Cruz, Armando Donan Ramirez, Patricio Cruz
**57365-198**

Subscribed before me this the 12th day of March, 2019.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

**Place: Anthony, Texas     Docket Number: EP-19-MC-38-RFC-48**

*FILED*

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES
## FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

MAR 12 2019

WESTERN DISTRICT COURT
BY _____ DISTRICT OF TEXAS
DEPUTY CLERK

I, **Manuel Ramirez-Garzon, 41823-018**, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)     My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)     My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)     If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)     Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)     I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)     I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)     My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_Ramirez Garzon_
_____
Transferring Prisoner
**Manuel Ramirez-Garzon**
**41823-018**

Subscribed before me this the 12th day of March, 2019.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

**Place: Anthony, Texas      Docket Number: EP-19-MC-38-RFC-49**

*FILED*

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

MAR 1 2 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

I, **Francisco Oswaldo Ramirez-Ramos, a.k.a.** Francisco Ramirez Ramos, Francisco Ramos Ramirez, Francisco Oswaldo Ramos Ramirez, **79210-380**, having been duly sworn by a verifying officer  appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)     My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)     My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)     If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)     Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)     I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)     I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)     My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_____
Transferring Prisoner
**Francisco Oswaldo Ramirez-Ramos**
**a.k.a.** Francisco Ramirez Ramos, Francisco Ramos Ramirez, Francisco Oswaldo Ramos Ramirez
**79210-380**

Subscribed before me this the 12th day of March, 2019.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

**Place: Anthony, Texas**      **Docket Number: EP-19-MC-38-RFC-50**

FILED
MAR 1 2 2019

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

I, **Mario Reyes-Tavera, a.k.a.** Mario Reyes, Mario Tavera, Raul Barrentos, **20254-043**, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, by consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)   My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)   My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)   If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)   Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)   I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)   I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)   My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

Transferring Prisoner
**Mario Reyes-Tavera**
**a.k.a.** Mario Reyes, Mario Tavera, Raul Barrentos
**20254-043**

Subscribed before me this the 12th day of March, 2019.

Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

**Place: Anthony, Texas          Docket Number: EP-19-MC-38-RFC-51**

*FILED*

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

MAR 12 2019

U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

I, **Jose Ramon Rivera, a.k.a.** Gabriel Rivera-Leon, Jose Gamez Rivera, Jose Ramon Rivera, ~~Jose R. Gamez-Rivera~~, Jose Ramon Rivera Gamez, **17605-030**, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)    My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)    My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)    If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)    Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)    I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)    I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)    My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_____
Transferring Prisoner
**Jose Ramon Rivera**
a.k.a. Gabriel Rivera-Leon, Jose Gamez Rivera, Jose Ramon Rivera,
Jose R. Gamez-Rivera, Jose Ramon Rivera Gamez
**17605-030**

Subscribed before me this the 12th day of March, 2019.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Place: Anthony, Texas        Docket Number: EP-19-MC-38-RFC-52

FILED

MAR 1 2 2019

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES
## FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

I, **Jose Rodriguez, a.k.a.** Araseli Rodriguez, Jose Luis Villa, R. Jose Luis, **17851-030**, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)    My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)    My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)    If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)    Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)    I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)    I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)    My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

Transferring Prisoner
**Jose Rodriguez**
**a.k.a.** Araseli Rodriguez, Jose Luis Villa, R. Jose Luis
**17851-030**

Subscribed before me this the 12th day of March, 2019.

Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Place: Anthony, Texas        Docket Number: EP-19-MC-38-RFC-53

**VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES
FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA**

*FILED*

*MAR 1 2 2019*

*CLERK U.S. DISTRICT COURT*
*WESTERN DISTRICT OF TEXAS*
*BY _____ DEPUTY CLERK*

I, **Irving Eduardo Rodriguez, a.k.a.** Irving Rodriguez, Irving E. Rodriguez Munguia, **31200-058**, having been duly sworn by a verifying officer  appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)     My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)     My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)     If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)     Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)     I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)     I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)     My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_____
Transferring Prisoner
**Irving Eduardo Rodriguez**
**a.k.a.** Irving Rodriguez, Irving E. Rodriguez Munguia
**31200-058**

Subscribed before me this the 12th day of March, 2019.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

**Place: Anthony, Texas        Docket Number: EP-19-MC-38-RFC-54**

*FILED*

**VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES
FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA**

MAR 1 2 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

I, **Ricardo Rubio-Garcia, a.k.a.** Ricardo Garcia Rubio, **65321-112**, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)     My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)     My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)     If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)     Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)     I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)     I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)     My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

RICARDO RUBIO GARCIA
Transferring Prisoner
**Ricardo Rubio-Garcia**
**a.k.a.** Ricardo Garcia Rubio
**65321-112**

Subscribed before me this the 12th day of March, 2019.

Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

**Place: Anthony, Texas      Docket Number: EP-19-MC-38-RFC-55**

*FILED*

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES
## FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

MAR 12 2019

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

I, **Victor Antonio Ruiz, a.k.a.** Victor Anton Barba Ruiz, B. Victor, Victor Barba Ruiz, Victor Barba, Victor Ruiz, **30305-058**, having been duly sworn by a verifying officer  appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)   My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)   My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)   If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)   Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)   I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)   I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)   My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_____
Transferring Prisoner
**Victor Antonio Ruiz**
**a.k.a.** Victor Anton Barba Ruiz, B. Victor, Victor Barba Ruiz, Victor Barba, Victor Ruiz
**30305-058**

Subscribed before me this the 12th day of March, 2019.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

**Place: Anthony, Texas**      **Docket Number: EP-19-MC-38-RFC-56**

FILED

MAR 1 2 2019

CLERK U.S. DISTRICT COURT
WEST... DISTRICT COURT
...TRICT OF TEXAS
...DEPUTY CLERK

# VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES
## FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

I, **Perfecto Sanchez, a.k.a.** Perfecto Sanchez Acevedo, Perfecto Sanchez A., **11633-085**, having been duly sworn by a verifying officer  appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)     My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)     My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)     If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)     Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)     I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)     I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)     My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_PERFECTO SANCHEZ A_
Transferring Prisoner
**Perfecto Sanchez**
**a.k.a.** Perfecto Sanchez Acevedo, Perfecto Sanchez A.
**11633-085**

Subscribed before me this the 12th day of March, 2019.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

**Place: Anthony, Texas        Docket Number: EP-19-MC-38-RFC-57**

*FILED*

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES
## FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

MAR 12 2019

WESTERN CLERK, U.S. DISTRICT COURT DISTRICT OF TEXAS DEPUTY CLERK

I, **Juan Pedro Serafin-Salmeron, a.k.a.** Juan Serafin Salmeron, Juan Salmeron, Juan Serafin, Juan Serafin Salmerron, **15234-028,** having been duly sworn by a verifying officer  appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)     My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)     My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)     If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)     Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)     I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)     I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)     My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_____
Transferring Prisoner
**Juan Pedro Serafin-Salmeron**
**a.k.a.** Juan Serafin Salmeron, Juan Salmeron, Juan Serafin, Juan Serafin Salmerron
**15234-028**

Subscribed before me this the 12th day of March, 2019.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

**Place: Anthony, Texas**       **Docket Number: EP-19-MC-38-RFC-58**

*FILED*

# VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

MAR 12 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

DEPUTY CLERK

I, **Mario Gutierrez Sigala, a.k.a.** Mario Sigala, **23994-047**, having been duly sworn by an interpreter appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)   My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)   My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)   If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)   Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)   I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)   I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)   My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_____
Transferring Prisoner
**Mario Gutierrez Sigala**
**a.k.a.** Mario Sigala
**23994-047**

Subscribed before me this the 12th day of March, 2019.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

**Place: Anthony, Texas          Docket Number: EP-19-MC-38-RFC-59**

*FILED*

MAR 12 2019

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

# VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES
# FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

I, **Victor Bolivar Torres-Cruz, a.k.a.** Angel Julio Aponte, Victor B. Torres-Cruz, **87921-279**, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)  My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)  My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)  If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)  Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)  I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)  I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)  My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_____
Transferring Prisoner
**Victor Bolivar Torres-Cruz**
**a.k.a.** Angel Julio Aponte, Victor B. Torres-Cruz
**87921-279**

Subscribed before me this the 12th day of March, 2019.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

**Place: Anthony, Texas**      **Docket Number: EP-19-MC-38-RFC-60**

*FILED*

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES
## FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

MAR 1 2 2019

BY CLERK U.S. DISTRICT COURT WESTERN DISTRICT TEXAS DEPUTY CLERK

I, **Sergio Valencia-Valencia, a.k.a.** Valencia Valencia Sergio, 55806-298, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)   My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)   My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)   If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)   Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)   I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)   I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)   My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_____
Transferring Prisoner
**Sergio Valencia-Valencia**
**a.k.a. Valencia Valencia Sergio**
**55806-298**

Subscribed before me this the 12th day of March, 2019.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

**Place: Anthony, Texas        Docket Number: EP-19-MC-38-RFC-61**

FILED

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

MAR 1 2 2019

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT TEXAS
BY_____ DEPUTY CLERK

I, **Victor Manuel Valles-Velazquez, a.k.a.** Victor Valles, **82548-179**, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)     My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)     My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)     If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)     Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)     I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)     I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)     My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_____
Transferring Prisoner
**Victor Manuel Valles-Velazquez**
**a.k.a.** Victor Valles
**82548-179**

Subscribed before me this the 12th day of March, 2019.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

*FILED*

**Place: Anthony, Texas      Docket Number: EP-19-MC-38-RFC-62**

MAR 12 2019

U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ CLERK

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

I, **Martin Alejandro Vega-Vega, a.k.a.** Martin Vega, **98241-308**, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)   My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)   My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)   If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)   Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)   I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)   I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)   My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_____
Transferring Prisoner
**Martin Alejandro Vega-Vega**
**a.k.a.** Martin Vega
**98241-308**

Subscribed before me this the 12th day of March, 2019.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Place: **Anthony, Texas**      **Docket Number: EP-19-MC-38-RFC-63**

*FILED*

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

MAR 12 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

I, **Rafael Zaragoza, a.k.a.** Rafael Zaragoza, Rafael Santo Zaragoza, Santos Zaragoza Raphael, Zaragoza Rafael N., **07988-028**, having been duly sworn by a verifying officer  appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)   My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)   My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)   If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)   Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)   I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)   I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)   My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_____
Transferring Prisoner
**Rafael Zaragoza**
**a.k.a.** Rafael Zaragoza, Rafael Santo Zaragoza, Santos Zaragoza Raphael, Zaragoza Rafael N.
**07988-028**

Subscribed before me this the 12th day of March, 2019.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

**Place: Anthony, Texas**          **Docket Number: EP-19-MC-38-RFC-64**

FILED

MAR 1 2 2019

~~CLERK~~ ~~U.S~~ ~~DISTRICT COURT~~
~~WESTERN DISTRICT OF TEXAS~~
~~BY~~ ~~DEPUTY~~

## VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES
## FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

I, **Joaquina Ferral-Jonguitud, a.k.a.** Joaquina Jongitud, Jonguitud Joaquina Ferral, Joaquina Ferral, **90211-379**, having been duly sworn by a verifying officer  appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)     My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)     My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)     If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)     Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)     I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)     I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)     My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_Joaquina Ferral J._
Transferring Prisoner
**Joaquina Ferral-Jonguitud**
**a.k.a.** Joaquina Jongitud, Jonguitud Joaquina Ferral, Joaquina Ferral
**90211-379**

Subscribed before me this the 12th day of March, 2019.

Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

**Place: Anthony, Texas**      **Docket Number: EP-19-MC-38-RFC-65**

FILED

MAR 12 2019

[stamp text] U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS CLERK

# VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

I, **Dulce Llasmin Zazueta-Acosta, a.k.a.** Dulce Lasmin Acosta, Dulce Llasmin Acosta-Zazueta, Dulce Llasmin Zazueta, **68775-112,** having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United Mexican States for the execution of the penal sentence imposed on me by a court of the United States of America, or of a state thereof, that:

(1)     My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

(2)     My sentence will be carried out according to the laws of the United Mexican States and that those laws are subject to change;

(3)     If a court of the United Mexican States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United Mexican States, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

(4)     Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I further certify that:

(1)     I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer;

(2)     I have been advised that if I am financially unable to obtain counsel, one would be appointed for me by the verifying officer free of charge; and,

(3)     My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

I HEREBY CONSENT TO MY TRANSFER TO THE UNITED MEXICAN STATES FOR EXECUTION OF THE PENAL SENTENCE IMPOSED ON ME BY A COURT OF THE UNITED STATES OF AMERICA, OR OF A STATE THEREOF.

_____
Transferring Prisoner
**Dulce Llasmin Zazueta-Acosta**
**a.k.a.** Dulce Lasmin Acosta, Dulce Llasmin Acosta-Zazueta, Dulce Llasmin Zazueta
**68775-112**

Subscribed before me this the 12th day of March, 2019.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge

Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer
ROBERT F. CASTANEDA
U.S. Magistrate Judge